PRIEST (PALMER v.). See Case No. 10,-694.

---

## Case No. 11,420.

### PRIETO v. WELLS.

[Cited in Galpin v. Page, Case No. 5,205. Nowhere reported; opinion not accessible.]